**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-11987 (CSS) |
| BARBARA FLEMING, MEREDITH POTTER, and, LORRAINE WEAVER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>EDUCATION TRAINING CORPORATION, FCC HOLDINGS, INC., and FLORIDA CAREER COLLEGE, INC.,<br><br>Defendants. | Adv. Pro No. 14-50700-CSS<br><br>CLASS ACTION ADVERSARY PROCEEDING |

**NOTICE OF FILING OF SETTLEMENT AGREEMENT, GENERAL RELEASE AND WAIVER OF CLAIMS**

PLEASE TAKE NOTICE that, attached hereto as Exhibit A is the Settlement Agreement, General Release and Waiver of Claims (the "Settlmement Agreement") in connection with the the above captioned class advesary proceeding (the "Adversary Proceeding").

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (2598); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement, the claimants identified in the signature pages to the Settlement Agreement do not need to file an a proof of claim on account of claims asserted in the Adversary Proceeding. Such claimants, pursuant to the Settlement Agreement and the Plan (as defined in the Settlement Agreement), have an allowed claim as more fully set forth in the Settlement Agreement without further action by the parties.

Dated: December 9, 2015

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Ericka F. Johnson
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 661-7738
E-mail: maward@wcsr.com
E-mail: erjohnson@wcsr.com

*Counsel for the Liquidating Trustee*